**Order entered July 27, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01384-CR

**RODNEY JOE CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82801-2015**

## ORDER

Before the Court is the State's July 24, 2018 second motion for extension of time to file its brief. We **GRANT** the State's motion and **ORDER** the brief received on July 24, 2018 filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE